CAUSE NO. 05-18-00213-CV
TR.CT.CAUSE NO. DC-17-09709

| | | |
|---|---|---|
| MICHAEL DWAIN WILLIAMS,<br>Appellant, | § | IN THE 5th DISTRICT |
| | **RECEIVED**<br>**COURT OF APPEALS** | |
| v. | §<br>JUN 0 1 2018 | COURT OF APPEALS |
| LUPE VALDEZ, SHERIFF,<br>Appellee. | **LISA MATZ**<br>**CLERK §5th DISTRICT** | DALLAS COUNTY, TEXAS |

5th Court of Appeals
FILED: 06-01-2018
Lisa Matz, Clerk

## APPELLANTS REQUEST FOR COPY OF PROPERLY REQUESTED SUPPLEMENTAL CLERKS RECORD FOR PURPOSES OF TIMELY COMPLYING WITH BRIEFING RULES

TO THE HONORABLE JUSTICES OF THE FIFTH DISTRICT COURT OF APPEALS:

COMES NOW, Michael Dwain Williams, Appellant, pro-se, in the above-styled named and numbered cause and who would respectfully offer the following in support thereof;

## I. JURISDICTION

Jurisdiction exists pursuant to Texas Rules of Appellate Procedure, Rules 10; 20.1 and 35.3(c) (Vernon's 2017).

## II. STATEMENT OF THE CASE

On April 30, 2018, Appellant received the Clerks Record in the above-styled named and numbered cause via Order of the Court dated April 16, 2018.

On May 1, 2018, Appellant requested by letter to the trial court clerk that items omitted be supplemented into the clerks record. On May 8, 2018, Appellee requested that items omitted by the trial court clerk be supplemented into the clerks record.

On May 22, 2018, Appellant received notice from Ms. Lisa Matz, Clerk of the Court, that a supplemental clerks record was filed on May 15, 2018 but a copy of that supplemental clerks record has not been properly served upon Appellant, who requested it to assist him in timely complying with the briefing

rules and filing his brief.

By this motion, Appellant respectfully seeks a copy of that supplemental clerks record which he is entitled to, already filed with the Clerk of the Court in this case.

## III. REQUEST FOR COPY OF SUPPLEMENTAL CLERKS RECORD

It is respectfully asserted that Appellant, in this civil case, has already been authorized to proceed on appeal as an uncontested indigent under Texas Rules of Appellate Procedure (TRAP), Rule 20.1 (Vernon's 2017). A copy of the Clerks Record under TRAP, Rule 34.5 was provided by Order of the Court dated April 16, 2018 without prepayment of costs, see Order, Cause No. 05-18-00213-CV filed April 16, 2018 and TRAP, Rule 10.2(a).

On April 30, 2018, Appellant received a copy of the Clerks Record and noticed that the trial court clerk had omitted a relevant " Request Under Rule 12, Texas Rules Of Civil Procedure For District Attorney To Show Authority To Defend Defendant In Ultra Vires Action At Tax Payers Expense " and what appears to be a " NON-SUIT DISMISSAL BY PLAINTIFF/PETITIONER " allegedly filed by Appellant and considered by the trial court prior to dismissal on 1-31-2018 according to the trial court clerks Docket Sheet found in the Original Clerks Record at p. 8.

Upon noticing these relevant items being omitted, Appellant properly requested by letter in accordance with TRAP, Rule 34.5(c)(1)(Vernon's 2017) that the Clerks Record be supplemented to include the above referenced items because they are " necessary for Appellant to properly present his case to the Court, and for the Court to properly exercise its decision making power. " See Appellants Timely Request To Supplement Clerks Record, dated May 1, 2018 on file with the Clerk of the Court, and Rule 10.2(a) above.

On May 8, 2018, Appellee also requested by letter that the Clerks

Record be supplemented with eight (8) items omitted by the trial court clerk.

Appellants brief will be due within thirty (30) days of the filing of the Reporters Record which is an action currently pending, see Order of April 16, 2018 above and Rule 35.3(c) above.

Said supplemental clerks record has already been filed with the Clerk of the Court, Ms. Lisa Matz on May 15, 2018 and Appellant has not received a copy after the expiration of almost fourteen (14) days since the supplemental record was filed.

Applicant respectfully asserts that he is entitled to be served with a copy of the supplemental clerks record he has properly requested as an uncontested indigent, on appeal, already filed with the Clerk of the Court and by the filing of this motion, respectfully requests that he be provided a copy of that record, by order of the Court, to assist him in timely complying with the brief-in rules and to assist him in preparing a brief adequate for the Courts consideration, see TRAP, Rule 38.1(a) thru (k)(Vernon's 2017), and Rule 34.5(c) above.

PRAYER FOR RELIEF

WHEREFORE, Appellant respectfully prays that the Court will order that a paper copy of the Supplemental Clerks Record already filed in this cause be provided to him for the reason stated herein.

Respectfully Submitted,

_May 28, 2018_
Date

Appellant Pro-Se
Michael Dwain Williams #2013533
Clements Unit
9601 Spur 591
Amarillo, Texas
79107-9606

## UNSWORN DECLARATION

STATE OF TEXAS   §

COUNTY OF POTTER   §

      I Michael Dwain Williams, TDCJ-ID No. 2013533, Date of Birth 11-18-1964, do declare under penalty for perjury in Texas Civil Practice and Remedies Code, §132.001 that the above Request For Supplemental Clerks Record is true and correct to the best of my knowledge, belief, information and understanding.

Respectfully Submitted,

_May 28, 2018_
Date Executed

Appellant Pro-Se
Michael Dwain Williams #2013533
Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

## CERTIFICATE OF SERVICE

STATE OF TEXAS   §

COUNTY OF POTTER   §

      I Michael Dwain Williams TDCJ-ID No. 2013533, Date of Birth 11-18-1964 do declare under penalty of perjury in Texas Civil Practice and Remedies Code, §132.001 being incarcerated at the address below, that the above Request For Supplemental Clerks Record being true and correct, has been served upon Ms. Felicia Pitre, District Clerk at George L. Allen Sr. Courts Building, 600 Commerce Street, Suite 101, Dallas, Texas 75202 via U.S. Mail postage pre-paid on this the _28th_ day of _May_, 2018 in accordance with TRAP, Rule 9.

Respectfully Submitted,

_May 28, 2018_
Date Executed

Appellant Pro-Se
Michael Dwain Williams #2013533
Clements Unit
9601 Spur 591
Amarillo, Texas
79107-9606

cc file

(Page 4 of 4)

Lisa Matz, Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas
75202

**RECEIVED**
COURT OF APPEALS

JUN 0 1 2018

**LISA MATZ**
**CLERK, 5th DISTRICT**

Re: Appellants Request For Copy Of Supplemental Clerks Record Already Filed
    With The Clerk Of The Court

Cause No. 05-18-00213-CV        Tr.Ct.Cause No. DC-17-09709

Style: Michael Dwain Williams, Appellant v. Lupe Valdez, Sheriff, Appellee


Ms. Matz,                                              May 28, 2018

        Please find enclosed an Original of the above referenced motion
under Texas Rules of Appellate Procedure, Rules 10, 20.1 and 35.3(c)(Vernon's
2017).

        Please file it with the Court for consideration.

                        Thank You.


                                        Respectfully,

                                        Appellant Pro-Se
                                        Michael Dwain Williams #2013533
                                        Clements Unit
                                        9601 Spur 591
                                        Amarillo, Texas
                                        79107-9606

Michael Dwain Williams #2013533
Clements Unit
9601 Spur 591
Amarillo, Texas
79107-9606

AMARILLO TX 791

30 MAY 2018 PM 1 T



**RECEIVED**
COURT OF APPEALS

JUN 0 1 2018

**LISA MATZ
CLERK, 5th DISTRICT**

Lisa Matz, Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas
75202

7520214653 C004

LEGAL MAIL